IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00336-MSK-MJW

LYNNE GIEGES,

Plaintiff,

v.

MOUNTAIN TOWER PROPERTIES, LLC, et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order (Docket No. 14) is granted. Therefore, the Scheduling Order (Docket No. 12) is hereby amended such that the deadline for plaintiff's expert disclosures is now up to and including September 3, 2008, and defendants' deadline for expert disclosures is now up to and including October 1, 2008.

Date: July 17, 2008