IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00336-MSK-MJW

LYNNE GIEGES,

Plaintiff,

v.

MOUNTAIN TOWER PROPERTIES, LLC, et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Intervene (Docket No. 17) filed by Pinnacol Assurance is granted, and the tendered Complaint in Intervention (Docket No. 17-3) is accepted for filing as of the date of this Minute Order.

Date:  September 4, 2008