IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00336-MSK-MJW

LYNNE GIEGES,

Plaintiff,

v.

MOUNTAIN TOWER PROPERTIES, LLC, et al.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion to Amend Scheduling Order, DN 24, filed with the Court on September 17, 2008, is GRANTED. The Settlement Conference set on September 29, 2008, at 10:00 a.m., is VACATED and may be reset upon request of the parties. Should the parties settle this case with the assistance of an outside mediator, a written Status Report shall be filed with the Court within 5 days from the date of the settlement.

      It is FURTHER ORDERED that the discovery deadline is extended up to and including November 15, 2008. The Scheduling Order shall be amended consistent with this Minute Order.

Date: September 18, 2008